D+F+scan

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

------------------------------------------------------- x

UMG RECORDINGS, INC., a Delaware corporation; ARISTA RECORDS LLC, a Delaware limited liability company; MAVERICK RECORDING COMPANY, a California joint venture; ELEKTRA ENTERTAINMENT GROUP INC., a Delaware corporation; SONY BMG MUSIC ENTERTAINMENT, a Delaware general partnership; and CAPITOL RECORDS, INC., a Delaware corporation,

        Plaintiffs,

-against-

ALVINA JOHNSON,

        Defendant.

------------------------------------------------------- x

Civil Action No.: 05 CV 486 DGT

Filed Electronically

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ MAY 1 0 20.. ★
P.M. _____
TIME A.M. _____

## ~~[PROPOSED]~~ DEFAULT JUDGMENT AND PERMANENT INJUNCTION

Based upon Plaintiffs' Application For Default Judgment By The Court, and good cause appearing therefor, it is hereby Ordered and Adjudged that:

1.    Defendant shall pay damages to Plaintiffs for infringement of Plaintiffs' copyrights in the sound recordings listed in Exhibit A to the Complaint, in the total principal sum of Six Thousand Seven Hundred and Fifty Dollars ($6,750.00).

2.    Defendant shall pay Plaintiffs' costs of suit herein in the amount of Two Hundred and Ninety Five Dollars ($295.00).

3. Defendant shall be and hereby is enjoined from directly or indirectly infringing Plaintiffs' rights under federal or state law in the following copyrighted sound recordings:

- "Separated," on album "My Thoughts," by artist "Avant" (SR# 281-220);
- "Red Light Special," on album "CrazySexyCool," by artist "TLC" (SR# 198-743);
- "All You Wanted," on album "The Spirit Room," by artist "Michelle Branch" (SR# 303-732);
- "Where Do Broken Hearts Go," on album "Whitney," by artist "Whitney Houston" (SR# 89-966);
- "Make It Last Forever," on album "Make It Last Forever," by artist "Keith Sweat" (SR# 86-761);
- "If You Say My Eyes Are Beautiful," on album "Whitney The Greatest Hits," by artist "Whitney Houston" (SR# 284-891);
- "Black Or White," on album "Dangerous," by artist "Michael Jackson" (SR# 178-165);
- "People Everyday," on album "3 years 5 months & 2 days," by artist "Arrested Development" (SR# 143-502);
- "Rock With You," on album "Off The Wall," by artist "Michael Jackson" (SR# 11-120);

and in any other sound recording, whether now in existence or later created, that is owned or controlled by the Plaintiffs (or any parent, subsidiary, or affiliate record label of Plaintiffs) ("Plaintiffs' Recordings"), including without limitation by using the Internet or any online media distribution system to reproduce (i.e., download) any of Plaintiffs' Recordings, to distribute (i.e., upload) any of Plaintiffs' Recordings, or to make any of Plaintiffs' Recordings available for

distribution to the public, except pursuant to a lawful license or with the express authority of Plaintiffs. Defendant also shall destroy all copies of Plaintiffs' Recordings that Defendant has downloaded onto any computer hard drive or server without Plaintiffs' authorization and shall destroy all copies of those downloaded recordings transferred onto any physical medium or device in Defendant's possession, custody, or control.

DATED: May 4, 2005 By: s/David G. Trager
Hon. David G. Trager
United States District Judge